UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY HEALTH AND SECURITY FUND, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>LUCHT'S CONCRETE PUMPING, INC.,<br><br>Defendant. | No. C08-0091RSL<br><br>ORDER STAYING LITIGATION |

This matter comes before the Court on the "Notice of Bankruptcy Stay with Respect to Defendant, Lucht's Concrete Pumping, Inc." submitted by attorney Russell J. Reid on March 13, 2008. Dkt. # 7. Pursuant to the notice of bankruptcy, the above-captioned matter is hereby STAYED.

The Clerk of Court is directed to remove the above-captioned action from the Court's active caseload until further application by the parties or order of this Court.

Dated this 19th day of March, 2008.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER STAYING LITIGATION